UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY LA BARBERA and
FRANK FINKEL,

                       Plaintiffs,                    <u>CORRECTED ORDER</u>

   - against -                                     06 CV 813 (FB)

GOLDEN VALE CONSTRUCTION,

                       Defendant.
-----------------------------------------------------------------X

       This case has been referred to the undersigned to calculate default damages and costs after the entry of a default in favor of plaintiffs Gary La Barbera et al. against defendant Golden Vale Construction. Accordingly, the Court orders the parties to submit papers in support of their damage calculations by June 23, 2006. The papers should include an affidavit setting forth the basis and method for calculating default damages and attorney's fees, if requested, along with any supporting documentation. The parties shall notify the court if they request oral argument.

       Upon receipt of this Order, plaintiffs Gary La Barbera et al. are directed to serve a copy of this Order promptly by certified mail, return receipt requested, on defendant Golden Vale Construction at its last known address, and to provide the Court with a copy of the return receipt.

**SO ORDERED.**

Dated: Brooklyn, New York
       May 24, 2006

                                     CP
                              _____
                              Cheryl L. Pollak
                              United States Magistrate Judge