ORIGINAL
D&F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
GARY LA BARBERA and
FRANK FINKEL,

           Plaintiffs,

  -against-

GOLDEN VALE CONSTRUCTION GROUP,

           Defendant.
---------------------------------------------------------x

**MEMORANDUM AND ORDER**
No. 06-CV-0813 (FB) (CLP)

*Appearances:*
*For the Plaintiffs:*
Avram H. Schreiber
40 Exchange Place, Suite 1300
New York, NY 10005

**BLOCK, Senior District Judge:**

        On April 20, 2007, Magistrate Judge Pollack issued a Report and Recommendation ("R&R") recommending that a default judgment of $135,657.34 in principal contributions owed; $7,630.63 in interest; $27,131.44 in liquidated damages; and $4,815.03 in attorneys' fees and costs, be entered in favor of plaintiffs, Gary LaBarbara and Frank Finkel, Inc. ("plaintiffs"), and against defendant, Golden Vale Construction Group. The R&R recited that "[a]ny objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within ten (10) days of receipt of this Report," R&R at 11, and that "[f]ailure to file objections within the specified time waives the right to appeal the District Court's Order." *Id.* Plaintiffs' counsel served a copy of the R&R on defendants at their last known address on June 15, 2007, *see* Docket Entry #16 (Affidavit of Service), making objections due by July 5, 2007. *See* Fed. RR. Civ. P. 6(a), 6(e). To date, no objections have been filed.

Where, as here, clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R & R without *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

As no error appears on the face of the magistrate judge's R&R, the Court adopts it without *de novo* review. The Clerk is directed to enter judgment in accordance with the R&R.

**SO ORDERED.**

/signed/
_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
July 11, 2007